UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGEL ZURITA,

                Plaintiff,

-v-

3275 CHICKEN CORP., *et al.*,

                Defendants.

24-CV-9364 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The initial pre-trial conference scheduled for April 1, 2025 is hereby adjourned. The Court will reschedule the conference if and when Defendants appear in the case.

    Plaintiff is directed to serve a copy of this Order on Defendants.

    SO ORDERED.

Dated: March 31, 2025
       New York, New York

_____
J. PAUL OETKEN
United States District Judge