UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANGEL ZURITA,

　　　　　　　　　　Plaintiff,

　　　　　-v-

3275 CHICKEN CORP., *et al.*,

　　　　　　　　　　Defendants.

24-CV-9364 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

　　　　J. PAUL OETKEN, District Judge:

　　　　On March 17 and 18, 2025, Plaintiff obtained a Certificate of Default against each

Defendant.  (ECF Nos. 18-20.)  However, per Rule 3.J. in this Court's Individual Rules and

Practices in Civil Cases, Plaintiff must additionally file a motion for default judgment and then

serve that motion and its supporting papers on all Defendants within fourteen days.[1]

　　　　If Plaintiff fails by April 21, 2025 to file a motion for default judgment against

Defendants, the action may be dismissed for failure to prosecute.

　　　　SO ORDERED.

Dated: April 7, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　J. PAUL OETKEN
　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Parties can access the Court's Individual Rules at the following link:
https://www.nysd.uscourts.gov/hon-j-paul-oetken.