UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANGEL ZURITA,

                         Plaintiff,

      -v-                                   24-CV-9364 (JPO)

3275 CHICKEN CORP., *et al.*,                  ORDER

                        Defendants.

---

J. PAUL OETKEN, District Judge:

On April 30, 2025, Plaintiff Angel Zurita moved for default judgment against all Defendants. (ECF No. 26.) However, Zurita did not file affidavits of service for the motion for default and its supporting papers, as required by this Court's Individual Rules in Civil Cases. Rule 3J states, in relevant part:

> [Plaintiff moving for default judgment must] serve the motion for default judgment and supporting papers on the party against whom default judgment is sought and file an affidavit of service on ECF within fourteen days of filing the motion for default judgment. The Court will not consider the motion for default judgment until such affidavit of service is filed. If more than fourteen days are required to complete service of the motion for default judgment and supporting papers, the plaintiff should file a letter on ECF explaining why additional time is necessary and when the plaintiff anticipates service will be completed.[1]

By May 21, 2025, Plaintiff is directed to file documentation of service of his motion for default judgment and supporting papers on Defendants, adhering to the instructions in the Court's Individual Rules. Plaintiff is further directed to serve a copy of this order on Defendants.

SO ORDERED.

Dated: May 12, 2025
       New York, New York

                                                      J. PAUL OETKEN
                                                 United States District Judge

---

[1] The Court's Individual Rules in Civil Cases may be accessed using the following link: https://www.nysd.uscourts.gov/sites/default/files/practice_documents/JPO%20Oetken%20Individual%20Practices%20Civil%20Cases%20February%2016%202021.pdf.