UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGEL ZURITA,

                      Plaintiff,

-v-

3275 CHICKEN CORP., *et al.*,

                      Defendants.

24-CV-9364 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    On April 30, 2025, Plaintiff Angel Zurita moved for default judgment against all Defendants.  (ECF No. 26.)  On May 20, 2025, the Court received a letter from individual Defendant Michael Ekeijeh stating that "Plaintiff Angel Zurita has not worked for me or at 3275 Chicken Corp. and I don't have any record showing that he has worked for me. . . . I don't know him."  (ECF No. 31 (capitalization altered).)  Plaintiff responded to this letter on June 5, 2025, asking the Court to disregard Ekeijeh's letter because it "does not address his default or provide any explanation thereof."  (ECF No. 33.)

    The parties are directed to appear telephonically for conference on Plaintiff's motion for default judgment on July 18, 2025 at 3:00 p.m.  The parties should call (855) 244-8681 at the scheduled time.  The attendee ID number is 23128287066.

    The Clerk of Court is directed to mail a copy of this Order to Defendant Ekeijeh at 3275 Westchester Avenue, Bronx, New York 10461.  Plaintiff is directed to electronically serve a copy of this Order on Defendants by email at 3275chickencorp@gmail.com.

    SO ORDERED.

Dated: July 2, 2025
       New York, New York

_____
J. PAUL OETKEN
United States District Judge