**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ANGEL ZURITA,

Plaintiff,

24 **CIVIL** 9364 (JPO)

-against-

**DEFAULT JUDGMENT**

3275 CHICKEN CORP., et al.,

Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, that for the reasons stated in the Court's Opinion and Order dated March 6, 2026, Zurita's motion for default judgment is GRANTED. Damages are awarded against Defendants as follows: (1) $12,960 in back pay and unpaid overtime wages under the NYLL, with 9% prejudgment interest accruing from May 18, 2024 with interest totaling to $2,109.11; (2) $12,960 in liquidated damages; (3) $5,000 for Defendants' violation of NYLL § 195(1) and $5,000 for Defendants' violation of NYLL § 195(3); and (4) post-judgment interest pursuant to 28 U.S.C. § 1961. If any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after the expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent. Zurita may, within 30 days of the date of this order, file a post-judgment motion for attorney's fees and costs, with supplemental briefing and the necessary time records indicating, for each attorney, the date, the hours expended, and the nature of the work done, in order for the Court to calculate the reasonable attorney's fees owed to Zurita. Judgment entered in favor of Zurita and against Defendants, jointly and severally, in the amount of $35,920.00 plus the prejudgment interest described above totaling in all to $38,029.11, and the case is closed.

**DATED**: New York, New York

March 9, 2026

TAMMI M. HELLWIG

_____

**Clerk of Court**

**BY:** _____

**Deputy Clerk**